FILED '09 AUG 20 12:42 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>            Plaintiff,               )<br>                                                            )<br>    v.                                              )<br>                                                            )<br>RANDY ARLAN MAINWARING,  )<br>                                                            )<br>            Defendant.          ) | Case No. CR 09-60105-HO<br><br>**INDICTMENT**<br><br>[18 U.S.C. §§ 1028A(a)(1) and 1030(a)(2)(A) and (C)] |

**THE GRAND JURY CHARGES:**

## COUNT 1
## [AGGRAVATED IDENTITY THEFT]

On or about May 10, 2007, in the District of Oregon, defendant Randy Arlan Mainwaring knowingly transferred, possessed, or used, without lawful authority, a means of identification of another person during and in relation to a federal felony enumerated in Title 18, United States Code, Section 1028A(c), to wit, computer fraud, a violation of Title 18, United States Code, Section 1030(a)(2), in that he intentionally accessed a computer without authorization or exceeded his

////

////

////

////

////

authorization and therefore obtained information in a financial record of a financial institution and from a protected computer; in violation of Title 18, United States Code, Section 1028A(a)(1).

Dated this 20 day of August, 2009.

A TRUE BILL.

s/ GRAND JURY FOREPERSON
FOREPERSON

Presented by:

KENT ROBINSON
Acting United States Attorney

SEAN B. HOAR
Assistant United States Attorney